AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Lawrence Walker ) | |
| *Plaintiff* ) | |
| v. ) | Case No. :3:23-cv-00102-CWR-LGI |
| Hinds County, Mississippi ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lawrence Walker                                                .

Date:   12/03/2023                    s/ Robert McDuff
                                       *Attorney's signature*

                                       Robert McDuff, 2532
                                       *Printed name and bar number*

                                       767 North Congress Street, Jackson MS 39202
                                       *Address*

                                       rbm@mcdufflaw.com
                                       *E-mail address*

                                       (601) 259-8484
                                       *Telephone number*

                                       (601) 969-0804
                                       *FAX number*