IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LAWRENCE WALKER**                                               **PLAINTIFF**

v.                                   CIVIL AC5ION NO. 3:23-cv-00102-CWR-LGI

**HINDS COUNTY, MISSISSIPPI**                                 **DEFENDANT**

### DEFENDANT'S COUNSEL ENTRY OF APPEARANCE

**COMES NOW,** the undersigned, Terry Wallace, and the law firm of Gibbs Travis PLLC, Jackson, Mississippi, and hereby enter his appearance as one of the attorneys for Defendant, Hinds County, Mississippi, in the above styled and numbered cause.

This, the 15th day of December, 2023.

                                               Respectfully submitted,

                                               /s/ *Terry Wallace*
                                               Terry Wallace, MSB No. 6908

OF COUNSEL:
Jamie D. Travis, MSB No.99692
Terry Wallace, MSB No. 6908
Justis R. Gibbs, II, MSB No. 106296
Gibbs Travis PLLC 210
East Capitol Street, Suite 1800
Jackson, Mississippi 39201
Telephone: (601)487-2625
Facsimile: (601)366-4295
Email: jtravis@gibbstravis.com
Email: twallace@gibbstravis.com
Email: jgibbs@gibbstravis.com

## CERTIFICATE OF SERVICE

I, Terry Wallace, one of the attorneys of Defendants, do hereby certify that I have this day filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system.

This this 15th of December, 2023.

/s/ *Terry Wallace*
Terry Wallace, MSB No. 6908