# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**LAWRENCE WALKER**                                              **PLAINTIFF**

**v.**                      **CIVIL ACTION NO. 3:23-cv-00102-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI**                                     **DEFENDANT**

## DEFENDANT'S NOTICE OF FILING OF DEFENDANT'S
## SUPPLEMENT TO THE INITIAL DISCOVERY DISCLOSURES TO PLAINTIFFS

**TO:** Graham P. Carner (MSBN 101523)
GRAHAM P. CARNER, PLLC
775 N. Congress Street
Jackson, Mississippi 39202
Tel: 601.949.9456
Fax: 601.354.7854
Email: graham.carner@gmail.com

**TAKE NOTICE** that this day, Defendant, Hinds County, Mississippi, filed and served Defendant's Notice of Filing of Defendant's Supplement to The Initial Discovery Disclosures to Plaintiff, pursuant to Rule 26.1(A)(1) Disclosures related to this action. Undersigned counsel retains the original of such disclosures as custodian thereof.

This, the 15th day of December 2023.

    Respectfully submitted,

                 /s/ *Terry Wallace*
                 TERRY WALLACE, MSB No. 6908

TERRY WALLACE, MSB No. 6908
Gibbs Travis PLLC
210 East Capitol Street, Suite 1801
Jackson, Mississippi 39201
Telephone: (601)487-2633
Facsimile: (601) 366-4295
twallace@gibbstravis.com
Attorney for Defendant

JAMIE D. TRAVIS, MSB No. 99692
Gibbs Travis PLLC
210 East Capitol Street, Suite 1801
Jackson, Mississippi 39201
Telephone: (601)487-2631
Facsimile: (601) 366-4295
jtravis@gibbstravis.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Terry Wallace, do hereby certify that on this day, filed the foregoing Defendant's Notice of Filing of Defendant's Supplement to The Initial Discovery Disclosures to Plaintiff with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record named below.

> Graham P. Carner (MSBN 101523)
> GRAHAM P. CARNER, PLLC
> 775 N. Congress Street
> Jackson, Mississippi 39202
> Tel: 601.949.9456
> Fax: 601.354.7854
> Email: graham.carner@gmail.com

This, the 15th day of December 2023.

/s/ *Terry Wallace*
TERRY WALLACE, MSB No. 6908