**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LAWRENCE WALKER**                                                                        **PLAINTIFF**

**v.**                                     **CIVIL ACTION NO. 3:23-cv-00102-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI**                                         **DEFENDANT**

<u>**NOTICE OF SERVICE OF DISCOVERY**</u>

TO:     ALL COUNSEL OF RECORD

Plaintiff, Lawrence Walker, by and through undersigned counsel, has this day served the following:

First Set of Interrogatories Propounded to Defendant, Hinds County, Mississippi.

First Set of Requests for Production Propounded to Defendant, Hinds County, Mississippi.

The undersigned retains the original of the above-referenced document.

RESPECTFULLY SUBMITTED, this the 19th day of December, 2023.

                                                             */s/ Graham P. Carner*
                                                             GRAHAM P. CARNER

<u>**OF COUNSEL:**</u>

Graham P. Carner (MSBN 101523)
GRAHAM P. CARNER, PLLC
775 N. Congress Street
Jackson, MS 39202
T: 601.949.9456
F: 601.354.7854
E: graham.carner@gmail.com

Robert B. McDuff (MSBN 2532)
767 N. Congress Street
Jackson, Mississippi 39202
Tel: 601.259.8484
Email: rbm@mcdufflaw.com