**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LAWRENCE WALKER**                                                       **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 3:23-cv-00102-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI**                                   **DEFENDANT**

**JOINT MOTION TO CONTINUE TRIAL SETTING
AND AMEND CASE MANAGEMENT ORDER**

        The parties, by and through counsel, file this Join Motion to Continue Trial Setting and Amend Case Management Order. In support of this Motion, the parties show as follows:

        1.      Under the current Case Management Order, the discovery deadline in this case is set for February 20, 2024 and the current trial setting is for the court term beginning August 5, 2024

        2.      However, the parties are still conducting discovery.

        3.      In addition, one of the attorneys for the Plaintiff is scheduled to be out of the country during the current trial setting.

        4.      The parties have conferred regarding the current case deadlines and trial setting and jointly request that the Court continue the current trial setting to the next available setting and extend the deadlines in the Current Case Management Order.

        5.      This request is made in good faith, to further the interests of justice, and with no intent to unduly delay these proceedings.

        6.      Due to the straightforward nature of this Motion, the parties respectfully request that the Court dispense with the requirement of submitting a supporting Memorandum Brief pursuant to the Local Rules.

WHEREFORE, the parties respectfully request that the Court continue the trial setting in this matter and issue a new Case Management Order.

Respectfully submitted, the 14th day of February, 2024.

| **LAWRENCE WALKER** | **HINDS COUNTY, MISSISSIPPI** |
|---|---|
| /s/ Graham P. Carner | /s/ Jamie D. Travis |
| Graham P. Carner (MSBN 101523) | Jamie D. Travis, MSB # 99692 |
| GRAHAM P. CARNER, PLLC | Terry Wallace, MSB # 6908 |
| 775 N. Congress Street | Gibbs Travis, PLLC |
| Jackson, MS 39202 | 210 East Capitol Street, Suite 1801 |
| T: 601.949.9456 | Jackson, Mississippi 39201 |
| F: 601.354.7854 | Telephone: (601)487-2640 |
| E: graham.carner@gmail.com | Facsimile: (601) 366-4295 |
| | Email: jtravis@gibbstravis.com |
| | Email: twallace@gibbstravis.com |
| Robert B. McDuff (MSBN 2532) | |
| 767 N. Congress Street | Attorneys for Defendant |
| Jackson, Mississippi 39202 | |
| Tel: 601.259.8484 | |
| Email: rbm@mcdufflaw.com | |
| | |
| Attorneys for Plaintiff | |