**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LAWRENCE WALKER**                                                          **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 3:23-cv-00102-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI**                                 **DEFENDANT**

**NOTICE OF SERVICE OF DISCOVERY**

TO:     ALL COUNSEL OF RECORD

Plaintiff, Lawrence Walker, by and through undersigned counsel, has this day served the following:

Plaintiff's Responses to First Set of Interrogatories Propounded by Defendant, Hinds County, Mississippi.

Plaintiff's Responses to First Set of Requests for Production Propounded by Defendant, Hinds County, Mississippi.

The undersigned retains the original of the above-referenced document.

RESPECTFULLY SUBMITTED, this the 12th day of March, 2024.

                                                                    */s/ Graham P. Carner*
                                                                      GRAHAM P. CARNER

**OF COUNSEL:**

Graham P. Carner (MSBN 101523)
GRAHAM P. CARNER, PLLC
775 N. Congress Street
Jackson, MS 39202
T: 601.949.9456
F: 601.354.7854
E: graham.carner@gmail.com

Robert B. McDuff (MSBN 2532)
767 N. Congress Street
Jackson, Mississippi 39202
Tel: 601.259.8484
Email: rbm@mcdufflaw.com