**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LAWRENCE WALKER**                                                        **PLAINTIFF**

**v.**                                                **CIVIL ACTION NO. 3:23-cv-00102-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI**                                      **DEFENDANT**

**NOTICE OF SERVICE OF DISCOVERY**

TO:    ALL COUNSEL OF RECORD

Plaintiff, Lawrence Walker, by and through undersigned counsel, has this day served the following:

Second Supplemental Rule 26(a)(1) Initial Disclosures of Plaintiff.

The undersigned retains the original of the above-referenced document.

RESPECTFULLY SUBMITTED, this the 12th day of March, 2024.

                                                         */s/ Graham P. Carner*
                                                         GRAHAM P. CARNER

**OF COUNSEL:**

Graham P. Carner (MSBN 101523)
GRAHAM P. CARNER, PLLC
775 N. Congress Street
Jackson, MS 39202
T:  601.949.9456
F:  601.354.7854
E:  graham.carner@gmail.com

Robert B. McDuff (MSBN 2532)
767 N. Congress Street
Jackson, Mississippi  39202
Tel:  601.259.8484
Email:  rbm@mcdufflaw.com