**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LAWRENCE WALKER**                                             **PLAINTIFF**

**VS.**                              **CAUSE NO. 3:23-cv-102-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI**                          **DEFENDANT**

<u>**ENTRY OF APPEARANCE**</u>

**PLEASE TAKE NOTICE** that the undersigned enters his appearance as one of the attorneys for Hinds County, Mississippi herein to represent them in the above-styled and numbered cause.

This 4th day of April, 2024.

                                       */s/ Rayford G. Chambers*
                                       RAYFORD G. CHAMBERS, MSB# 10503
                                       TONY R. GAYLOR, MSB# 10189
                                       **CHAMBERS & GAYLOR**
                                       Post Office Box 12393
                                       Jackson, MS  39236
                                       (601) 914-0248
                                       (601) 914-0255 (fax)

## **CERTIFICATE OF SERVICE**

I, Rayford G. Chambers, attorney for the Defendant, do hereby certify that a true copy was electronically served via the ecf filing system upon all counsel of record.

**SO CERTIFIED**, this 4th day of April, 2024.

*/s/ Rayford G. Chambers*
**RAYFORD G. CHAMBERS**