# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**LAWRENCE WALKER**                                                   **PLAINTIFF**

**VS.**                      **CIVIL ACTION NO.: 3:23-CV-00102-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI**                          **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY, for hearing joint *ore tenus* Motion of Plaintiff and Defendant, Lawrence Walker and Hinds County, Mississippi by and through their respective counsel, requesting dismissal of this action with prejudice, as to all of Plaintiff's claims against Hinds County, Mississippi and the Court being advised in the premises that the parties hereto are in agreement as to the entry of this Order, finds that said motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action and all claims asserted by Lawrence Walker against Defendant, Hinds County, Mississippi are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 10th day of May, 2024.

                                                          **UNITED STATES DISTRICT JUDGE**

AGREED AND APPROVED BY:

Jamie D. Travis, MSB No.99692
Terry Wallace, MSB No. 6908
Gibbs Travis, PLLC
Email: jtravis@gibbstravis.com
Email: twallace@gibbstravis.com
*Attorneys for Hinds County, Mississippi*

/s/ Graham P. Carner
_____
Graham P. Carner, MSB # 101523
GRAHAM P. CARNER, PLLC
Email: graham.carner@gmail.com
*Attorney for Plaintiff*